UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Wells Fargo & Company,

Plaintiff,

v.

Kenneth Trice and NetakaBiz,

Defendants.

Case No.: 01-CV-697 (DSD/JMM)

**MOTION AND ORDER FOR DISMISSAL**

The parties to this action have resolved all claims and potential counterclaims asserted herein. Accordingly, pursuant to Rule 41(a)(2) of the Rules of Civil Procedure, Plaintiff Wells Fargo & Company hereby moves, through its undersigned counsel, that the above-entitled action be dismissed with prejudice and on the merits without costs to any party, and that a judgment of dismissal be entered pursuant hereto without further notice.

Respectfully submitted,

Dated: July 10, 2001

Felicia J. Boyd #186168
Julie Knox Chosy, #225228
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 776-7000 (telephone)

Counsel for Plaintiff
Wells Fargo & Company

M2:20396206.01

FILED 7-16-01
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. 7-16-01
Deputy Clerk's Initials ______

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Dismissal is **GRANTED** and **IT IS ADJUDGED** that the above-entitled action be, and the same hereby is, dismissed with prejudice without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: July 16, 2001

David S. Doty
United States District Court Judge